JOHN J. BOWEN, RESPONDENT, v. FREEMAN A. GODFREY ET AL., APPELLANTS.

Submitted October 30, 1931—Decided May 16, 1932.

For the respondent, *Feinberg & Feinberg*.

For the appellants, *Collins & Corbin*.

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—The Chief Justice, Trenchard, Parker, Campbell, Lloyd, Bodine, Van Buskirk, Kays, Hetfield, Dear, Wells, Kerney, JJ. 12.

*For reversal*—None.